PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Georgia
## Brunswick Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

2006 OCT 24 P 12: 2[?]

CLERK C Adams
SO. DIST. OF GA.

Name of Offender: **Antonio N. Fortson**    Case Number: CR201-00019-005

Name of Sentencing Judicial Officer:    Honorable Dudley H. Bowen, Jr.
United States District Judge

Date of Original Sentence:    February 5, 2002

Original Offense:    Commercial business robbery

Original Sentence:    72 months imprisonment; 3 years supervised release; $28,856.19 restitution; $100 special assessment

Type of Supervision:    Supervised Release

Date Supervision Commenced:    May 19, 2006

Assistant U.S. Attorney:    Jeffrey J. Buerstatte

Defense Attorney:    Kevin Gough

---

## PETITIONING THE COURT

[ ]    To extend the term of supervision for  years, for a total term of  years.
[X]    To modify the conditions of supervision as follows:

The defendant shall pay the restitution at the rate of $50.00 per month until such time as the Court may alter that payment schedule in the interest of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.

## CAUSE

Fortson is presently being supervised by the United States Probation Office in the Southern District of Florida. A financial investigation was conducted by that office which revealed that Fortson reported an average monthly income of $818. He has total allowable expenses of $760 and a monthly cash flow of $58. Accordingly, it is recommended that Fortson's restitution payment be set at $50 per month.

Respectfully submitted,

by *[signature]*

David M. Paga
United States Probation Officer
Date: October 13, 2006

Reviewed by:

*[signature]*

J. Barry Bargainnier
Supervisory United States Probation Officer

Prob 12B         Request for Modifying the Conditions or Term of Supervision

Re: Antonio N. Fortson
Case Number: CR201-00019-005
Page 2

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Dudley H. Bowen, Jr.
United States District Judge

10/24/06
Date

PROB 49  
(3/89)

SD/FL PACTS #69376

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall pay the restitution at the rate of $50.00 per month until such time as the court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

Witness: _____  
U.S. Probation Officer  
Donald T. Harrell

Signed: _____  
Supervised Releasee  
Antonio Fortson

September 21, 2006  
Date